JUDGE BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES P.A. DIXON,<br><br>　　　　　Defendant. | No.　CR04-5524FDB<br><br>ORDER<br>CONTINUING TRIAL |

　　This Court has considered the Defendant's Motion to Continue Trial. Trial in this case currently is scheduled for May 23, 2005.  The Court finds, however, that the Defendant's attorney, Michael E. Schwartz will be in trial on United States v. Jesus Garcia-Villalba the entire month of May.

　　Because of the nature of the charge, and the potential penalties to Mr. Dixon if he is convicted, Defense Counsel's efforts in this regard are in good faith and in keeping with the standards of effective assistance of counsel.

　　The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(a) that the ends of justice will be served by continuing the trial in this case, to a date defense counsel is available, outweigh the interest of the public and of the defendant in a more speedy trial.

ORDER CONTINUING TRIAL - 1

IT IS THEREFORE ORDERED that the trial in this case shall be continued from May 23, 2005 to the new trial date of August 8, 2005, and that the period of time from the current trial date of May 23, 2005 up to and including the new trial date of August 8, 2005, shall be excludable time under 18 U.S.C. § 3161(h)(8)(a

DATED this 2nd day of May, 2005.

                                                                 /s/ Franklin D Burgess
                                              FRANKLIN D BURGESS
                                              United States District Judge

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.


By: _____/s/_____
    Michael E. Schwartz, WSBA #21824
    Attorney for Defendant

ORDER CONTINUING TRIAL - 2

Law Offices of Michael Schwartz, inc.
524 Tacoma Avenue South
Tacoma, WA 98402
(253)272-7161 fax (253)272-7178
(253) 272-7161   FAX: (253) 272-7178