JUDGE BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR04-5524 FDB |
| Plaintiff, ) | |
| vs. ) | ORDER OF TEMPORARY RELEASE FROM EHM |
| JAMES P.A. DIXON, ) | |
| Defendant. ) | |

This Court has considered the Defendant's Motion for temporary release from Electronic Home Monitoring for the Defendant. The Court finds from a review of the file that the Defendant is suffering from a severe medical condition and must receive appropriate treatment for the condition.

The Court also finds that the government has no objection to the temporary release.

IT IS THEREFORE ORDERED that the defendant is temporarily released from Electronic Home Monitoring on August 16, 2005 from 12:30 p.m. until 5:00 p.m. for the purpose of obtaining an MRI at St. Joseph's Hospital.

DATED this 8th day of August, 2005.

/s/ Franklin D Burgess
Hon. Franklin D. Burgess

Presented by:
LAW OFFICES OF MICHAEL SCHWARTZ, Inc.   JOHN McKAY, United States Attorney


By: _____/s/_____       By:  /s/Approved by Phone
     Michael E. Schwartz, WSBA #21824            Doug Hill
     Attorney for Defendant                      Assistant United States Attorney

ORDER CONTINUING TRIAL - 1