JUDGE BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>JAMES P.A. DIXON,<br><br>            Defendant. | No.   CR04-5524FDB<br><br>ORDER<br>CONTINUING SENTENCING |

This Court has considered the Defendant's Stipulated Motion and Declaration in Support to Continue the Sentencing in this case which is currently scheduled for Friday, September 30, 2005.

IT IS ORDERED, ADJUDGED AND DECREED that the sentencing in this case shall be continued to March 31, 2006.

DATED this 27th day of September, 2005.

    /s/ Franklin D Burgess
Hon. Franklin D. Burgess

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.   JOHN McKAY, United States Attorney

By: _____/s/_____   By: _____
   Michael E. Schwartz, WSBA #21824         Doug Hill
   Attorney for Defendant                            Assistant United States Attorney