Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES DIXON,<br><br>　　　　　　　Defendant. | NO.: CR04-5524FDB<br><br>ORDER GRANTING MOTION TO WITHDRAW |

Upon motion of defense counsel, Michael Schwartz, for leave to withdraw as counsel for JAMES DIXON and the supporting Declaration of counsel filed herein, the Court hereby

ORDERS that Michael Schwartz is hereby allowed to withdraw as counsel for the defendant.

DATED this 15th day of June, 2007.

　　　　　　　　　　　　　　　　　　　　s/ Franklin D Burgess
　　　　　　　　　　　　　　　　　　　　FRANKLIN D BURGESS
　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.


By: _____/s/_____
　　　Michael E. Schwartz, WSBA #21824
　　　Attorney for Defendant

Ordering Granting Withdrawal
Page 1

**THE LAW OFFICE OF**
**MICHAEL E. SCHWARTZ, INC.**
524 TACOMA AVENUE SOUTH
TACOMA, WA 98402

TEL. (253) 272-7161